**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
_____Southern_____ **DIVISION**



Flora B. Jones
_____

(Enter Above the Name of the Plaintiff in this Action)

**THOMAS M. ROSE**

vs.

Chief Justice Maureen O'Connor for the Supremen Court of Ohio
_____

(Enter above the name of the Defendant in this Action)

**SHARON L. OVINGTON**

If there are additional Defendants, please list them:

Ohio Second District Court of Appeals
_____

The State of Ohio
_____

_____

_____

**COMPLAINT**

I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below.  The address you give must be the address where
the court may contact you and mail documents to you.  A telephone number is required.

Flora B. Jones
_____
Name - Full Name Please - PRINT

916 Leland Avenue
_____
Street Address

Dayton, Ohio 45402
_____
City, State and Zip Code

927-268-3124
_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this
form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _State of Ohio c/o mike Dewine_
   Name - Full Name Please

   _30 e. Broad Street, 14th Columbus, Ohio 43215_
   Address: Street, City, State and Zip Code

2. _Chief Justice maureen O'connor The Supreme_
   _Court of Ohio. 65 South Front St, Columbus, Ohi_

3. _Ohio Second district court of appeals_
   _41 N perry street fifth Floor p.o.Box 972_

4. _DAyton, Ohio 45422_

5. _____

6. _____

   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II.  Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐  Title 28 U.S.C. § 1343(3)
    [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐  Title 28 U.S.C. § 1331
    [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐  Title 28 U.S.C. § 1332(a)(1)
    [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐  Title _____ United States Code, Section _____
    [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

① This complaint stem's from a appeal I made Case No: CV 27105 15 CV 3037 it was in the Supreme Court of Ohio from the Montgomery County appeal Second appellate district. It seem that no one went to take jurisdiction over this case

② The Supreme Court of Ohio Chief Justice Maureen O'Connor sent this retired Judge in By the name of Dale A Crawford to clean up this mess that Judge Gregory F. Singer allow all of these defendants to make

③ When I appeal this Case to the Supreme Court of Ohio. It had already was set for Trial under Dale A. Crawford. In the Montgomery County Court Case No: 2015 CV 03537. It was file on Feburary 3, 2016 Docket I 29 238 459. I had file all my final pre trial order when the Montgomery common pleas Court didn't allow it to go forward

④ I Went over to the federal Court

and file for my Civil Right's an Due process of the law. Because I have not been able to have my Case's heard, by a Jury witch is provided in the Constitution of the United States of America.

5 In my appeal to the appeal Court of Ohio Second appellate District Montgomery County Case No. CA 27105 and P.C. No. 15CV3537 Common pleas Court, these Judges are lieing in there finding or atty Edward T Mohle are lieing to them. Because I New said that I recived Multiple lette from the Court of Common pleas Around the Same time. I did Not Say that some of the letters was Back - dated. I said I didn't recive the appealabe order until one year later. These Juldge who rule on this case, Need To get all my case's that I file (in my handswritting) and see if I said that, atty Edward T. Mohle has perjuryed him self By Knowingly giving False Statement, in his affedavit.

2

If you can find it in the Recor
I will pay you. atty Edward T Ma
had tryed to get this case dismi
on a Technicallty for years. By lii
in Record, destorying Record, Telling me
manley, I file chourge on him.

6 When the Supreme court of ohio how
to send in a retired Judge to try
And Clean-up this mess that all had
made, and all he did was mess
it up more. When Judge Dale Crawfor
came into the Case. He Said he dismi
my wrongful death Case on Dr. Brya
T Fitzgerald Tranpicps and Deposition
How Could he the record was desto
in august 4, 2011, he did come into
the Case until 2015.

7 I went to the Dayton Bar to try an
allow them to get this mess straigts
out, they sent me to every one that
was associated with them, and I
still got the run around.

8 I have been to the ohio Supreme
Court, Major Nan whaley, Congressman

z

Mike Turner, Senator Sherrod Brown
Court of appeal of Ohio, American
Bar association, atty General Mike
dewine atty General Jess Sessions
Gov Kasich. I cant get now one
to get involed in this Cases becau
of who augustus J. Rosemont father
was A.J.B. wolf. any time a court
allow a Case to be file under son
one name And was told it was
not then and they allow it to go
forward? These are the case's I file
2006CV01433, 2011CV07158, (2013CV0327?
this Cas was Type written, I did
not file this Case, it was file
by a Cass Slurgis, this was when
Judge Michael W. Krumholtz came in
and filled in for Judge Singer
and dismiss my case on Bryan T.
Fitzgerald D.O. say So, Judge Krum-
holtz did not have enought histor
on the case to do that

9 When the Disciplinary consel allow
These attorney to take older people
money and lie about it, on how
Much they were given. and when

the Ohio Supreme Court of Ohio has been ask to remove Judge Gregory F. Singer off my cases. And She Dont look into why; The Jurisdictional syteme here in Ohio allow these Court's Lawyer, Judges, to lie in the Record and nothing is done about. Because it is a cover-up to stop my cases from going before a Jury. with the Supreme court help.

10 All I ever ask was for my cases to be review and have a decidion, And prove me wronge about what I been saying about Atty Edward mahler Trying to Stop my wrongful death Cases.

11 This is why I say this case is political.
The State put this Issue on the November Ballat in 2010. the Eastern Shauee operate the Bordertown Bingo and Casino in Seneca, mo. and the out post Casino in Wyaadotte, Orla. Twenty-nine States have Indian Gaming association in washington D

Blake Watson a law professor at th
university of Dayton who previously
work for the U.S. Department of Justi
dealing with Indian law, Says
he's Surprised the Eastern Shawnee
Are Still Interested in Ohio Becaus
of how difficult it would be to
Received federal and state approval the
land Claim attempt has already faile
he Noted. Because there is no reso
vation in ohio, the tribe Could par
placing land in trust with the fe
Oral goverment that move would nee
State approveal. you are not going to
tell me this was not done for
a potical reason.

12 All you got to do is read the
article that was put in the Dayto
Daily new on June 12, 2010 Saying th
Shawee Still Considering Site in Ohi
for Casino by: Rick armon Akron Beaco
Younals.

13 When it said I facture to State
a Claim. It also said, the Judge's
and common pleas court motion to

dismiss was brough Under C i R.
12 (B)(6), This Rule states if you
fail to state a claim upon which
relief can be granted, It will
only be granted where the party
opposing the motion, is unable to pro
any set facts that would entitle he
or he to relief, It also said before a
court may dismiss a action under
these Rule: It must appear beyon
doust from the complaint that th
plaintiff can prove no set of fact
entiting her or him to recovery, if
I didn't have no set facts How
did I get the wrongful death
case to the Jury door 2 times,
march 22, 2010 and may 29, 2012 und
atty Raymond W. O'Neal

14 Judge michael Krumholtz under hi
Judicial Capacity allow Cass Sturgy I
file that Case in 2013 under my
name, I did not file that case
Because all my Case was handw-
ten this on was type written

15 micheal Krumholtz was wroth in the

Case to cover for Judge Gregory F. Singer for a while, this was when all the dismissing took place. And he allow this case to go forward when the plaintiff new nothing about the case in 2013, But he allo it in his Judical Capacity. This is a conspiracy by all involed to Stop my cases. Because of who augustus J. Rosemont II father was. I had t started defended myself Because Jud Singer allow Rayment W. O'neal to get off my case at the last min ute. when a Judge allow a attorne to lie to get off my case, and he was sent many fax's and letter and he dont get back to you, But allow the Attorney to get off your case. The Common plea court of Montgomery County has allow these Court Reporting to allow record to Bled, lie in affidavit (atty mohler destorying Records. anything to cove up who this case is about.

16  Attorney Raymond W. O'neal had my case up to May of 2012. But I wi

8

Chaged with failure to prosecute in June of 2012. It was little over a month after atty Raymond W. O'neal got off my case

17 Judge Gregory F Singer was sent Fox's letters, letting him how atty Raymond W. O'neal was doing the case. He only started doing to stay this case after he would not come to his office on the 4th of July. I am (enclaseing) a letter my son Shawn sent to atty Raymond W O'neal back in 2009. atty O'neal new who my expert witness was and I gave him the money to send the letter to the Doctor.

18 Mike mobley (court Reporting) allow record to held. After he said he talked to muhler about my case, Because he had already Told me how meny pagers Micheal E. Jones depositions had 85 Cost $275.00 mike mobley do not need to be a court Report, if he is going to allow things to held. and dont how

9

a Back-up Tape. If you follow the record you will see the Tape only Bled after he talk to atty. Edward T. Mohler.

19 The Jurisdiction of these Case's have remained with the Court of Common pleas of Montgomery County Ohio because of refusal of other Courts, including the Supreme Court of Ohio to address the matter. When a Supreme court of a State refuse to address this what is person to do But Sue.

20 I went to our offical and they Sa it was not there Jurisdiction, So which Jurisdiction is it, the Supreme Court suppose to take Care appeal in the State of Ohio. The Supreme Court held my appeal until I went to the Supreme Court of the United States, and file for my Civil Right and Due process of the law. Look at the Date of when I file it.

21 When I file my appeal with the

10

Supreme Court of Ohio on May 25, 20
it was sent back, saying the Doc
ument were not filed Because they
dont comply with the rules of prac
tice of the Supreme court of Ohio I
refiled it on June 2, 2017 I recie
a copy back stateing Recieved June 2
2017 and file on June 2, 2017 so
who Jurisdiction is it?

22 no one can say they dont know
about my cases because I have be
everwhere to get some help and
no one will take Jursdiction the
major of Dayton, Ohio, State Bar, the
Ohio Board of professional conduct
the court of appeals of Ohio Second
appellate District. Montgomery Count
the Governor Kasich, Senator Sherr
ed Brown, mike Turner, mike De-
Wine, I was Told it was not
there Jurisdiction. So your telling me
no one in Ohio will not tak
Jursdiction over this wrongful
death case in Ohio. They reather
allow it to go though as a
Civil Right and Due process of the

11

law Case,

23 It been 9 years this wrongful death
case been spended around the common
pleas court of montgomery county ohi

24 This was what atty Raymond W. One
file in 2011,

First Claim for Relife

1 I am the mother of Micheal E. Jone
he was my son and my name
is Flora B. Jones.

2 on about January 17, 2005 Micheal E
Jones was on his way to work
at Mimia Valley Hospital where he
had work for 20 years. He was
only 42 when he passed away, Micheal
E. Jones was sitting at a stop sign
at walton ave. and North James H. M
Gee Blvd in the City of Dayton,
Ohio. Micheal E. Jones observed
the defendant Augustus J. Rosemois
III was leaving project cure park
lot at a high rate of speed, Pre
ject Cure was a drug Treatment
Facility at 1800 North Jame H.

12

Mc Gee Blvd. augustus J. Rosemont III was leaving the parking and didn't see the Car comming down north James H. Mc Gee augustus J. Rosemont III hit that Car and cause a Chain Collision causeing Micheal E. Jones Car to be hit at the Stop Sign.

3 Defendant Rosemont wrongfully an negligently operated his motor vehicle by failing to yield the rig g way

Second Claim for Relife

4 patricia A. upton owner of the car augustus J. Rosemont III was driving and any other necessary responsible parties is liable.

5 as the result of the negligence of Rosemont and upton and other nec essary and responsible parties. Mickeal Sustained and serious and permaent Injurie's witch complicate his Chronic diabetes, resulting in lust of Joh, damages, and lust of life

13

A Severe perment Injuries
B pain and Suffering Both physical and Emutional
C medical expenses

6 The negtigence of Defendants Augu J. Rosement III and patricia A upton was the direct cause of micheal E. Jones loss of life. This was whe attorney Raymond W. O'neal was doing his job and all of this is True. And you say my case the wrongful death one ccount for no actal Facts to my case what is this?

25. I have file Sute's against atty Raymond W. O'neal, mike mobley, atty Edward J. mohler, Judge Gregor F. Singer, michael W. Krumholtz, patricia upton, Augustus J Rosemo III. The common pleas court of Monta omey County, Ohio, But they was still over my case Judge Kumhol came in to cover for Judge Singe for a while. Judge Kumholtz dismiss my case he new nothin

14

about. The appeals of Ohio Second
appellate District allowed Record
to be file and change with-
out tell me, the Second appellate
District court said they converted
upton and Rosemont motion to
dismiss into a motion for Summary
Judgment with out tell me, this
is done to cover-up when I
said I dont get notice or appeal
until one year later, The constitut
ion said I have a Right to hear
by a Jury and every case I have
had, had been Ran around court
so a Jury cant here my case's.
when a person have a case file
under there name it should be
investigate. Judge Krumholtz knew
who file that case, and he allow
it to be file, I keep saying
I did file that case in 2013 or
that was done under Michael Kru
mholtz Judicial Capacity. Cass Sturg
file that case.

26 This is when all this dismissen
took place, in 2013 I knew nothi

about that case. This one lie's in Judge Michael W. Krumholtz hands

27 If I can find paper work on the Shawnee nation, upper Kispoko Sept in the Dayton Daily New. Why the courts have not look for the state ment. Because it said the Federal and State have to approve this action., and these case's is not political?

28 I am asking the Chief Justice to pull my case's that I file and she will see what I said and what I did not say. Because it been so much lieing in atty Edward T. mahler case's, I was told if you lie once you will lie again.

29 It is the Jurisdiction of the Supreme Court of Ohio and Chief Justice Maureen O'Connor to handle anything that goes on in ohio. Instead she send this retired Judge in By the name of Dale A. Crawford to Try

16

And Clean - up this mess, that all has made. I Knew when he said he used Dr Bryan T. Fitzgerald Tranpsips and Depsitions I Knew he was lieing, because they was destoryed in August 4, 2011 he did not come into the case until 2015 Case No. CV03537 Dock ID 28807020. this Wrongful death Case is political all the way around.

1 My Claim is that no one want to take Jurisdiction over my Wrong ful or my Civil Right case, I been denied the Due process of the law. Chief Justice Maureen O'Connor need to pull the record's This Case 2015-CV03537 was ready to go To Court, I had already recived my pretrial ode I filed it on February 3, 2016 and I got the final pretrial order on February 7, 2016, I had already sent in all my pretrial orders, like I isclosure of expert, I dont know what happen to that case but it didnt go to court. But I had to appeal that case No. 27105

17

court case no: CV03537 this is some more Spending me around court to Stop me, Maybe they didn't like my answer, and that why it's was not a trial.

This was a various action Taken against me to Stop this Wrongful death case of Micheal E. Jones Case no: 2006CV1433, Case no: 2011CV 07158 Case no: 2013CV03278, I didn't file this Case, Case no: 2014CV03402

2. When Jurisdiction of a Case to be review lays in the hands of the Supreme Court of Ohio, and they refuse to address this matter, I went to all of our office to see if they could do Anything, they said it not there Jurisdiction, So who Jurisdiction is it

3. all these years of sitting and writting has cause me Undo, Stress And anxilty, Great pain And Suffering, Physical And Emat ional. I have not been able to Grieve my family I loss in

18

2009 Less on my son, Micheal E. Jones in 2007. I do know it's been a conspiracy to stop this wrongful death case. I demands Judgment against all the defendant that was involed in the Wrongful death case also the Chief Justice Maureen O'Connor, Second appelate District on the State of Ohio Jointly in the Ixce of 15 Million dallers.

Flora Jones
916 Leland Ou
Dayton, Ohio
937-268-312(

a copy of this was sent to Chief Justice Maureen O'Conner of the Supreme Court of Ohio. Selland appellate District and the State of Ohio.

19

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

Case Number                     Caption

2006CV01433  Flora B. Jones vs. Augustus J. Rosemont
2011CV07158  Flora B. Jones vs. Augustus J. Rosemont II
2013CV03279  Flora B. Jones vs. Augustus J. Rosemont II
2014CV03402  Flora B. Jones v Patricia Upton
CA026375     Flora B. Jones v Patricia Upton

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal
argument, cite no case or statutes.

I want our Jurisdictional System here
in Dayton, Ohio to investigate cases where
controversy is in play and make a
Judgment Because I have been ran around
these court's for 10 years. I don't want
this to happen to no disable, older person
again. When a attorney ask a woman
to come to his office on the 4th of July
It need to be investigate I have been
everywhere to try to get someone to
look into her case's. Our Jurisdictional System
is no longer guided by the Constitution
of the United States of America, we need to
get back to that.

I state under penalty of perjury that the foregoing is true and correct.  Executed on
this 9 day of 17 , 2018.

_Flora B. Jones_
Signature of Plaintiff

-4-

**Montgomery County Ohio**
**Clerk Of Courts**
**Gregory A. Brush**
**Public Records Online System Version II**
**CA 026311- FLORA B JONES Vs PATRICIA UPTON**

| Party Information | |
|---|---|
| PRIMARY | FLORA B JONES |
| SECONDARY | PATRICIA UPTON |
| SECONDARY | AUGUSTUS ROSEMONT III |
| SECONDARY | PROJECT CARE |
| SECONDARY | WARREN CORRECTIONAL INSTITUTION |

| Judge Information | |
|---|---|

| Case Information | |
|---|---|
| File Date: | 15-JUL-14 |
| Status: | CLOSED |
| Case Descripton: | COURT OF APPEALS |
| Case Action: | NOTICE OF APPEAL FILED |

| Additional Information | |
|---|---|
| Trial Court Number: | 2014CV3402 |
| Trial Court Judge: | GREGORY F. SINGER |
| Court Type: | COMMON PLEAS |

| Case Comments | |
|---|---|

This is where Augustus J, Rosemont III was in Prison and I was Told nothing, I call Warren, They new nothing about heening Secondary in my case.

## From the Office of Shawn Dupree Jones

225 Tahoe Ave B● Roseville , CA 95678
Phone: 916-787-0415 ● Fax: 206-339-7925 ● E-Mail: blackstardenim@me.com

Date: July 10, 2009

Raymond O'Neal, Attorney
11 Monument Avenue
Suite 304
Dayton, Ohio 45402

Dear Mr. O'Neal:

It has come to my attention that Augustus J. Rosemont III is the son of A.J. "Big Wolf" Rosemont. Big Wolf was the principal chief of the Shawnee Nation, Upper Kispoko Sept. It has come to my attention and I hope that you are not trying to sweep my brother's case under the rug due to the recent acquisition of 123 acres of land by the Shawnee Nation to build a casino in Ohio.

Firstly, my mother is having difficulty getting my brother's case to be heard by a jury. I don't know why? My brother was a healthy young man. The only downfall my brother had was his diabetes. The accident with Augustus J. Rosemont III is what changed his life. My brother was in the process of getting married to a beautiful young lady. Now she is left with a finance' who is decease due to the negligence of Mr. Rosemont and his companion Ms. Patricia Upton.

Secondly, the lack of respect you have for my family and friends. She hired you to represent my brother's case. And if my mother would like to have someone help her to remember the details concerning my brother's case so be it. No disrespect, she is your client!

Now, you leave me to be concerned about you being a trustworthy attorney to defend my brother's case and help our family to bring some type of closure to his estate.

So that you know it's not about the money. It's about the principles and fairness of the law. My brother died because of the bad placement of a Methadone Clinic that is being closed by the City of Dayton. Mr. Rosemont, high on methadone caused an accident that changed the life of my brother and killed him.

If you do not have it within you to continue, then please inform my mother so she can move on and get someone who is confident enough to complete my brother's case before the statue runs out.

Sincerely,

Shawn Dupree Jones

*copy FBJ*

DAYTON DAILY NEWS | SATURDAY, JUNE 12, 2010 | A7

# Shawnee still considering sites in Ohio for casino

By Rick Armon
Akron Beacon Journal

The Eastern Shawnee Tribe of Oklahoma is still interested in opening casinos in Ohio, but there is no immediate push to move into the state, Chief Glenna Wallace said Thursday.

"Those are our home-lands, and of course we're interested," she said in a telephone interview June 10.

Clark Hosick, executive director of the nonprofit Native American Education-al Services and former head of the North American Indi-an Cultural Center in Akron, recently created a stir at the Summit County Office Build-ing by requesting tax maps for possible sites for an East-ern Shawnee casino.

The group has twice fall-en short in attempts to bring a tribal casino to western Ohio, looking into locations near Bolton and Monroe.

But Wallace said there's no authorized tribal representa-tive scouting locations.

"It is routine and happens every week and every month that citizens from Ohio con-tact me who want Indian gaming in the state, and they often make inquiries," she said. "You have many Ohio citizens who want Indian gaming in Ohio, and we are

appreciative of that."

The Eastern Shawnee are interested in re-establishing their roots in Ohio. The tribe lived in the state until being forced out in the 1830s.

Hosick, a Tlingit Indian, said he met tribal members at an event at Ohio State Uni-versity, and they talked infor-mally about possible locations in Summit County. He recent-ly forwarded information to the tribe about the vacant Rolling Acres Mall in south-west Akron and three other sites of Arlington Road in the southern part of the county.

"My personal feeling is I don't support gaming, but if there is going to be gaming

it should be Native gaming here in Ohio," Hosick said.

"I would support them if they wanted to come here."

Five years ago, the tribe made a splash in the state by announcing it want-ed to build several casino resorts. The Shawnee inked deals with several commu-nities, including Lordstown in Trumbull County. At the time, the tribe courted Mas-sillon and Canal Fulton in Stark County.

The tribe also filed a fed-eral land-claim suit in 2005, demanding title to 146 square miles of Western Ohio. The suit, which also sought hunting rights on

another 11,315 square miles, was dismissed.

The casino talk then faded.

Last fall, Ohio voters approved the construction of four commercial casinos in Cincinnati, Cleveland, Columbus and Toledo.

Also last year, state lead-ers agreed to allow video lot-tery terminals at horse race tracks. That issue is still un-resolved and is expected to be on the November ballot.

The Eastern Shawnee operate the Bordertown Bin-go & Casino in Seneca, Mo., and the Outpost Casino in Wyandotte, Okla. Twen-ty-nine states have Indian gambling, according to the

American Gaming Associa-tion in Washington, D.C.

Blake Watson, a law pro-fessor at the University of Dayton who previously worked for the U.S. Depart-ment of Justice dealing with Indian law, said he's sur-prised the Eastern Shawnee are still interested in Ohio because of how difficult it would be to receive federal and state approval. The land-claim attempt already has failed, he noted.

Because there is no res-ervation in Ohio, the tribe could pursue placing land in trust with the federal govern-ment. That move also would need state approval, he said.