# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Flora B Jones<br>*Plaintiff*<br>v.<br>Chief Justice Maureen O' Connor, et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 3:18-CV-314<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Defendants and against Plaintiff; the Report and Recommendations, document 9, is adopted, Defendant's objections, document 10, are overruled, Motion to Dismiss for failure to state a claim, document 4, is granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Dismissal.

Date: 4/26/19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*