# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**Flora B. Jones,**

      *Plaintiff,*

                                      **Case No. 3:18-cv-314**

**v.**                                  **Judge Thomas M. Rose**

**Chief Justice Maureen O'Connor, et al.,**

      *Defendants.*

---

**AMENDED DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE OVINGTON (ECF 9), OVERRULING PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATIONS, (ECF 10), AND GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, (ECF 4), AND TERMINATING CASE.**

---

Pending before the Court are Defendants' Objections to Magistrate Judge Sharon Ovington's Report and Recommendations. (ECF 10). The Report and Recommendations of United States Magistrate Judge Sharon L. Ovington, (ECF 9), recommends that the Court grant Defendants' Motion to Dismiss for Failure to State a Claim. (ECF 4).

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's objections, (ECF 10), to the Magistrate Judge's Report and Recommendations, (ECF 9), are not well taken and they are hereby **OVERRULED**. Wherefore, the Court **ADOPTS IN FULL** the Magistrate Judge's Report and Recommendations. (ECF 10). Defendants' Motion to Dismiss for Failure to State a Claim (ECF 4) is **GRANTED**. The captioned cause is hereby

**TERMINATED** upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** this Tuesday, May 7, 2019.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE