# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Flora B. Jones ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:18-CV-314 |
| Chief Justice Maureen O' Connor, et al. ) | |
| *Defendant* ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of of Defandants and against Plaintiff; the Report and Recommendations, document 9, is adopted; Plaintiff's objections, document 10, are overruled, Motion to Dismiss for failure to state a claim, document 4, is granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Dismissal .

Date: 5/8/19

CLERK OF COURT

*signature* Kaylin Atkinson
Signature of Clerk or Deputy Clerk